## UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| AMSTED RAIL COMPANY, INC., ASF-K DE MEXICO S. DE R.L. DE C.V., STRATO, INC., WABTEC CORP., and TTX COMPANY, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES INTERNATIONAL TRADE COMMISSION, <br><br> Defendant. | Before: Judge Gary S. Katzmann <br> Court No. 22-00307 <br><br> *PUBLIC VERSION* |

## <u>TEMPORARY RESTRAINING ORDER</u>

On consideration of the Motion for Temporary Restraining Order, Oct. 14, 2022, ECF No. 15 filed by Plaintiffs Amsted Rail Company, Inc., ASF-K de Mexico S. de R.L. de C.V., Strato, Inc., Wabtec Corp., and TTX Company (together, "Plaintiffs"); and all other papers and proceedings had herein, it is hereby

**ORDERED** that Plaintiffs' Motion for Temporary Restraining Order is **GRANTED** effective at 10:30 a.m. on October 18, 2022 because, upon consideration of the four factors required to issue a temporary restraining order, the court has determined that: (1) Plaintiffs will incur irreparable harm; (2) Plaintiffs are likely to succeed on the merits of the action; (3) the balance of hardships favors the imposition of the temporary restraining order; and (4) the temporary restraining order is in the public interest; and it is further

**ORDERED** that Defendant the U.S. International Trade Commission ("Commission"), and its officers, agents, servants, employees, and attorneys, and others who are in active concert or participation with them, are temporarily enjoined for a period not to exceed 14 days from the date of this order from disclosing, or requiring Plaintiffs to disclose, to [[
                                                ]] business proprietary information submitted by Plaintiffs in the antidumping and countervailing duty investigations before the Commission styled <u>Certain Freight Rail Couplers and Parts Thereof from China and Mexico</u>, USITC Inv. Nos. 701-TA-682 and 731-TA-1593-1593; and it is further

**ORDERED** that the Commission and its officers, agents, servants, employees, and attorneys, and others who are in active concert or participation with them, are temporarily enjoined for a period not to exceed 14 days from the date of this order from disclosing, or requiring Plaintiffs to disclose, to [[                                                ]] business proprietary

Court No. 22-00307                                                                                    Page 2
**PUBLIC VERSION**

information submitted by Plaintiffs in the antidumping and countervailing duty investigations before the Commission styled <u>Certain Freight Rail Couplers and Parts Thereof from China and Mexico</u>, USITC Inv. Nos. 701-TA-682 and 731-TA-1593-1593; and it is further

ORDERED that, pursuant to USCIT Rule 65(c), during the pendency of the TRO, Plaintiffs shall post bond with the court, in the amount of $1.00; and it is further

ORDERED that Defendant shall, by October 21, 2022, file a response to Plaintiffs' Motion for Temporary Restraining Order, Oct. 14, 2022, ECF No. 15, which the court deems to be a Motion for Preliminary Injunction absent objection by Plaintiffs; that Plaintiffs shall file a reply to Defendant's response by October 26, 2022; and it is further

ORDERED that, pursuant to USCIT Rule 65(b), the Commission and other persons so temporarily enjoined shall remain enjoined effective from the date of issuance of this order until the earlier of November 1, 2022, fourteen days from the date of this order, unless renewed, or the date upon which this court rules on the Motion for Preliminary Injunction after a hearing to be scheduled by the court.

SO ORDERED.

<u>/s/  Gary S. Katzmann</u>
Gary S. Katzmann, Judge

Dated: <u>October 18, 2022</u>
         New York, New York