### UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| AMSTED RAIL COMPANY, INC., ASF-K DE MEXICO S. DE R.L. DE C.V., STRATO, INC., WABTEC CORP. AND TTX COMPANY, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES INTERNATIONAL TRADE COMMISSION, and ACTING SECRETARY KATHERINE M. HINER, in her official capacity, <br><br> Defendants, <br><br> and <br><br> COALITION OF FREIGHT RAIL COUPLER PRODUCERS, <br><br> Defendant-Intervenor. | Before: Judge Gary S. Katzmann <br> Court No. 22-00307 |

### **ORDER**

The court having considered the issue of subject matter jurisdiction and, upon due deliberation of Plaintiffs' Amended Verified Complaint or, in the Alternative, Petition for Writ of Mandamus, Oct. 24, 2022, ECF No. 44, and Motion for Preliminary Injunction and all other papers filed and proceedings in this action, having rendered an opinion; now, in conformity with that opinion, it is hereby

**ORDERED** that the Temporary Restraining Order, Oct. 18, 2022, ECF No. 28, and Order Extending Temporary Restraining Order, Oct. 27, 2022, ECF No. 54, are vacated.

/s/     <em>Gary S. Katzmann</em><br>Judge

Dated: November 15, 2022
       New York, New York