UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| AMSTED RAIL COMPANY, INC.,<br>ASF-K DE MEXICO S. DE R.L. DE C.V.,<br>STRATO, INC., WABTEC CORP.<br>AND TTX COMPANY,<br><br>　　　　　Plaintiffs,<br><br>　　　　　v.<br><br>UNITED STATES INTERNATIONAL<br>TRADE COMMISSION, and ACTING<br>SECRETARY KATHERINE M. HINER,<br>in her official capacity,<br><br>　　　　　Defendants,<br><br>　　　　　and<br><br>COALITION OF FREIGHT RAIL COUPLER<br>PRODUCERS,<br><br>　　　　　Defendant-Intervenor. | Before: Judge Gary S. Katzmann<br>Court No. 22-00307 |

## JUDGMENT

The court having considered the issue of subject matter jurisdiction and, upon due deliberation of Plaintiffs' Amended Verified Complaint or, in the Alternative, Petition for Writ of Mandamus ("Amended Complaint"), Oct. 24, 2022, ECF No. 44, and Motion for Preliminary Injunction and all other papers filed and proceedings in this action, having rendered an opinion; now, in conformity with that opinion, it is hereby

**ORDERED** that pursuant to USCIT Rules 12(b)(1) and 58, the Amended Complaint is dismissed without prejudice to refiling under 28 U.S.C. § 1581(c) and judgment is entered for Defendants; and it is further

      **ORDERED** that any outstanding motions are denied as moot.

                                                    /s/     *Gary S. Katzmann*
                                                                            Judge

Dated: November 15, 2022
       New York, New York