United States Court of International Trade
One Federal Plaza
New York, NY 10278



CHAMBERS OF
Gary S. Katzmann

November 15, 2022

Richard P. Ferrin
Faegre Drinker Biddle & Reath LLP
1500 K Street, NW
Washington, D.C. 20005

James M. Smith
Covington & Burling LLP
One City Center
850 Tenth Street, NW
Washington, D.C. 20001

David M. Morrell
Jones Day
51 Louisiana Avenue, NW
Washington, D.C. 20001

David A.J. Goldfine
Office of the General Counsel
U.S. International Trade Commission
500 E Street, SW
Washington, D.C. 20436

Andrew T. Schutz
Grunfeld, Desiderio, Lebowitz, Silverman &
Klestadt LLP
599 Lexington Avenue 36th Fl.
New York, NY 10022

Daniel B. Pickard
Buchanan Ingersoll and Rooney PC
1700 K Street, NW, Suite 300
Washington, D.C. 20006-3807

Re: <u>Amsted Rail Company, Inc. v. United States International Trade Commission</u>
Court No. 22-00307

Dear Counselors:

It is my intention to issue the opinion in the above-captioned case as a redacted public document. The court has double-bracketed information that has been designated as confidential in the underlying record. However, out of an abundance of caution, I would like you to review the opinion and inform the court by no later than 10:00 a.m. on Wednesday, November 16, 2022 via ECF, of the following:

1. Whether any information not already in brackets is confidential and should be double-bracketed in the public version; or

2. Whether any information already in brackets is not confidential and should not be double-bracketed in the public version.

If you do believe any additional information should or should not be redacted from the public version, please state the basis for your belief.

Thank you for your assistance.

　　　　　　　　　　　　　　　　　　　　　　　Sincerely,

　　　　　　　　　　　　　　　　　　　　　　　*/s/ Gary S. Katzmann*
　　　　　　　　　　　　　　　　　　　　　　　Gary S. Katzmann
　　　　　　　　　　　　　　　　　　　　　　　　　　Judge