## UNITED STATES COURT OF INTERNATIONAL TRADE

AMSTED RAIL COMPANY, INC.,
ASF-K DE MEXICO S. DE R.L. DE C.V.,
STRATO, INC., WABTEC CORP.
AND TTX COMPANY,

        Plaintiffs,

    v.

UNITED STATES INTERNATIONAL
TRADE COMMISSION, and ACTING
SECRETARY KATHERINE M. HINER,
in her official capacity,

        Defendants,

    and

COALITION OF FREIGHT RAIL COUPLER
PRODUCERS,

        Defendant-Intervenor.

Before: Judge Gary S. Katzmann
Court No. 22-00307

## <u>ORDER</u>

Upon consideration of Certain Plaintiffs' Motion for Injunction Pending Appeal ("Motion"), Nov. 18, 2022, ECF No. 89, it is hereby

**ORDERED** that Plaintiffs will answer the following questions in a filing due tomorrow, November 30, 2022:

1. Do Plaintiffs intend to notice an appeal of the Judgment, Nov. 15, 2022, ECF No. 82, regardless of the outcome of the Motion? <u>See</u> Mot. at 1 n.2 ("If proper relief cannot be obtained from this Court then, at this time, Plaintiffs intend to notice an appeal.").

2. Plaintiffs request a decision on the Motion by Friday, December 9, 2022. Mot. at 1–2. What is the significance of December 9, 2022?

**ORDERED** that Defendants and Defendant-Intervenor shall file their responses to the Motion, if any, by December 6, 2022; and it is further

Court No. 22-00307                                                              Page 2

      **ORDERED** that a remote oral argument on the Motion is scheduled for Wednesday, December 7, 2022 at 10 a.m., subject to further order of this court.


                                /s/     *Gary S. Katzmann*
                                                   Judge

Dated: November 29, 2022
       New York, New York