UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| AMSTED RAIL COMPANY, INC., ASF-K DE MEXICO S. DE R.L. DE C.V., STRATO, INC., WABTEC CORP., and TTX COMPANY,<br><br>      Plaintiffs,<br><br>  v.<br><br>UNITED STATES INTERNATIONAL TRADE COMMISSION and ACTING SECRETARY KATHERINE M. HINER, in her official capacity,<br><br>      Defendant,<br><br>  and<br><br>COALITION OF FREIGHT RAIL PRODUCERS,<br><br>      Defendant-Intervenor. | Before: Judge Gary S. Katzmann<br>Case No. 22-00307 |

**CERTAIN PLAINTIFFS' RESPONSE TO ORDER DATED NOVEMBER 29, 2022**

On November 29, 2022, the Court directed plaintiffs Amsted Rail Company, Inc., ASF-K de Mexico S. de R.L. de C.V., Strato, Inc., and TTX Company (collectively, "Plaintiffs")[*] to answer the following questions:

1.  Do Plaintiffs intend to notice an appeal of the Judgment, Nov. 15, 2022, ECF No. 82, regardless of the outcome of the Motion?

2.  Plaintiffs request a decision on the Motion by Friday, December 9, 2022. Mot. at 1-2. What is the significance of December 9, 2022?

ECF No. 90.

Plaintiffs answer the Court's questions as follows:

---

[*] Plaintiff Wabtec Corp. did not join the moving Plaintiffs' motion for injunction pending appeal.

1

1. The moving Plaintiffs intend to notice an appeal of the judgment regardless of the outcome of the motion for an injunction pending appeal. Plaintiffs, however, are mindful that potential developments in this case and in the related case, No. 22-00316, may bear on whether an appeal should be voluntarily dismissed before or after the appeal is docketed. *See* Fed. R. App. P. 42.

2. There is no legal significance to December 9, 2022. Plaintiffs selected that date because, in their judgment and in light of the then-intervening Thanksgiving holiday, it allotted a reasonable period of time for the parties to brief the motion for injunction pending appeal and for the Court to thereafter rule. Plaintiffs are mindful of the Court's busy docket and, if the Court prefers, Plaintiffs are amenable to delay the filing of the notice of their intended appeal to no later than December 16, 2022. Plaintiffs are hesitant to delay noticing their appeal later than that date because of the exigencies the case presents. In the next few months, preliminary determinations by the Department of Commerce will be issued and the final phase injury investigation at the International Trade Commission will commence.

Dated: November 30, 2022

Respectfully submitted,

*/s/ Richard P. Ferrin*

Andrew T. Schutz
Ned H. Marshak
GRUNFELD, DESIDERIO, LEBOWITZ,
SILVERMAN & KLESTADT LLP
599 Lexington Avenue, 36th Floor
New York, NY 10022
(212) 557-4000

*Counsel for Plaintiff*
*Strato, Inc.*

James M. Smith
Shara L. Aranoff
Sooan (Vivian) Choi
COVINGTON & BURLING LLP
One City Center
850 Tenth Street, NW
Washington, DC 20001
(202) 662-6000

*Counsel for Plaintiff*
*TTX Company*

Douglas J. Heffner
Brian P. Perryman
Richard P. Ferrin
Carolyn Bethea Connolly
FAEGRE DRINKER
BIDDLE & REATH LLP
1500 K Street, NW, Suite 1100
Washington, DC 20005
(202) 230-5000

*Counsel for Plaintiffs*
*Amsted Rail Company, Inc. and*
*ASF-K de Mexico S. de R.L. de C.V.*

## CERTIFICATE OF COMPLIANCE

Pursuant to Chambers Procedures 2(B)(1) and (2), I hereby certify that the attached **CERTAIN PLAINTIFFS' RESPONSE TO ORDER DATED NOVEMBER 29, 2022** contains 300 words, according to the word-count function of the word processing system used to prepare this brief (Microsoft Office for Microsoft 365).

Dated: November 30, 2022                                        */s/ Richard P. Ferrin*
                                                                                    Richard P. Ferrin

US.354238695.01