## UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| AMSTED RAIL COMPANY, INC., ASF-K DE MEXICO S. DE R.L. DE C.V., STRATO, INC., WABTEC CORP., and TTX COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES INTERNATIONAL TRADE COMMISSION and ACTING SECRETARY KATHERINE M. HINER, in her official capacity,<br><br>Defendants,<br><br>and<br><br>COALITION OF FREIGHT RAIL PRODUCERS,<br><br>Defendant-Intervenor. | Before: Judge Gary S. Katzmann<br>Case No. 22-00307 |

## NOTICE OF APPEAL

Notice is hereby given that plaintiffs Amsted Rail Company, Inc., ASF-K de Mexico S. de R.L. de C.V., Strato, Inc., and TTX Company hereby appeal to the United States Court of Appeals for the Federal Circuit the final Judgment dated November 15, 2022, ECF No. 82, the Opinion and Order dated November 15, 2022, ECF No. 80, and the Opinion and Order dated December 20, 2022, ECF No. 100.

1

<div style="display: flex;">

<div style="flex: 1;">

Dated: December 22, 2022

Andrew T. Schutz
Ned H. Marshak
GRUNFELD, DESIDERIO, LEBOWITZ,
SILVERMAN & KLESTADT LLP
599 Lexington Avenue, 36th Floor
New York, NY 10022
(212) 557-4000

*Counsel for Plaintiff*
*Strato, Inc.*

James M. Smith
Shara L. Aranoff
Sooan (Vivian) Choi
COVINGTON & BURLING LLP
One City Center
850 Tenth Street, NW
Washington, DC 20001
(202) 662-6000

*Counsel for Plaintiff*
*TTX Company*

</div>

<div style="flex: 1;">

Respectfully submitted,

*/s/ Richard P. Ferrin*
Douglas J. Heffner
Brian P. Perryman
Richard P. Ferrin
Carolyn Bethea Connolly
FAEGRE DRINKER
BIDDLE & REATH LLP
1500 K Street, NW, Suite 1100
Washington, DC 20005
(202) 230-5000

*Counsel for Plaintiffs*
*Amsted Rail Company, Inc. and*
*ASF-K de Mexico S. de R.L. de C.V.*

</div>

</div>

US.354704672.01